STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505


REHEARING ACTION: March 3, 2010


Docket Number: 09   01509-CA consolidated with 822-CM

RICHARD BENTLEY
VERSUS
BOBBY FANGUY

Appealed from St. Martin Parish Case No. 69461


BEFORE JUDGES:

   Hon. Sylvia R. Cooks
   Hon. Jimmie C. Peters
   Hon. Elizabeth A. Pickett


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard Bentley** has this day been

   **DENIED.**


cc: Stephen Gary McGoffin, Counsel for the Appellee